■ 117 EAST 24TH STREET ASSOCIATES, Appellant, v STEVEN KARR et al., Respondents. — Order, Supreme Court, New York County (Ascione, J.), entered on February 16, 1982, unanimously affirmed for the reasons stated by Ascione, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur — Sandler, J. P., Carro and Asch, JJ.

Silverman, J., concurs in a memorandum as follows: I concur for affirmance solely on the ground that the action appears to be one for money damages only, and that in such an action a preliminary injunction may not be granted. (CPLR 6301; cf. 7A Weinstein-Korn-Miller, NY Civ Prac, par 6301.10.)